IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAMON JONES                                                                                              PLAINTIFF
ADC #116561

V.                                       NO. 4:05CV01280 JMM

KEN JONES, et al                                                                                       DEFENDANTS

### ORDER

After a thorough review of Plaintiff's case file, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1] Venue would be proper in the Western District as Plaintiff and all of the Defendants are located there and the events complained of allegedly occurred there.[2]

The Clerk of the Court is directed to TRANSFER immediately PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, El Dorado Division.

IT IS SO ORDERED this 15th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.

[2] Plaintiff asserts the denial of his breakfast meal on fourteen separate occasions between July 16, 2005, and August 27, 2005, while held in the Union County Jail.